UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MEGAN STONE and CHRISTINE CAROSI,

Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Defendant.

CASE NO. C16-5383 BHS

ORDER DENYING MOTIONS TO SEAL AND REMOVING DOCUMENTS FROM THE RECORD

This matter comes before the Court on Defendant Government Employees Insurance Company's ("GEICO") motions to seal (Dkts. 116, 122) and Plaintiffs Megan Stone and Christine Carosi's ("Plaintiffs") motion to seal (Dkt. 131).

Although the Court will normally entertain contested motions to seal, the parties in this matter have taken these disputes to another level. The Court declines to engage in unnecessary mini-disputes when the substance underlying the dispute was in itself unnecessary to the Court's ultimate resolution of the issue. In denying Plaintiffs' motion to remand, the Court did not rely on any of the currently sealed material. *See* Dkt. 135. Moreover, the Court declines to provide any additional basis for unnecessary collateral

proceedings alleging misuse of trade secrets. *See Government Employees Insurance Co., v. Scott P. Nealey*, CV 17-807, 2017 WL 2572519 (E.D. Pa. June 13, 2017). Therefore, the Court **DENIES** the motions (Dkts. 116, 122, 131) as moot and the Clerk shall remove the documents from the record (Dkts. 118–121, 123–124, 127–129).

Dated this 21st day of September, 2017.

BENJAMIN H. SETTLE
United States District Judge